1

2

3

4

5

6

7

8

9

HONORABLE ROBERT S.LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| 10  ESTRALITTA TOWNSLEY, | **NO.** 12-cv-01909-RSL |
| 11                      Plaintiff, | |
| 12     v. | **STIPULATION  AND ORDER REGARDING EXPERT DISCLOSURES** |
| 13  GEICO INDEMNITY COMPANY, an insurance company, | |
| 14 | |
| 15                      Defendant. | |

16

## I.     STIPULATION

17

18     Come now the parties, by and through their undersigned counsel of record, and hereby

19  stipulate to and respectfully request that the Court enter an order extending the May 8, 2013

20  FRCP 26(a)(2) expert disclosure and report deadline to June 7, 2013.  The parties also request

21  that the deadline for disclosure of rebuttal experts be set for June 21, 2013.

22     This claim arises out of an underinsured motorist and extra-contractual dispute with

23  Geico for alleged failure to negotiate in good faith with the plaintiff who was injured by an

24

25  STIPULATION FOR AND PROPOSED
ORDER RE: EXPERT DISCLOSURES
  — 1

**SCOTT M. DONALDSON, P.S.**
ATTORNEY
15500 BOTHELL WAY NE
Lake Forest Park WA 98155-6748
FAX 425-806-2020
PHONE 425-806-2000

1  underinsured driver in an automobile collision on May 4, 2010 within King County,

2  Washington.  Plaintiff Townsley initially brought suit in King County Superior Court against

3  Geico, her UIM insurer.

4         Geico has declined to resolve this matter via arbitration. Geico's insurance contract is a

5  contract of adhesion as it relates to resolving UIM disputes or disagreements and provides that

6  "binding, voluntary arbitration … shall be composed of a single arbitrator selected by mutual

7  agreement … [unless] agreement [could not] be reached on selection of an arbitrator."

8

9         Geico removed this case from King County Superior Court to United States District

10  Court, Western District of Washington, at Seattle.

11        The parties believe that extending the expert report deadline to June 7, 2013 and the

12  rebuttal expert deadline to June 21, 2013 will allow adequate time to schedule any depositions

13  and complete expert reports.

14        DATED this 17th day of April, 2013.

15  SCOTT M. DONALDSON, P.S.                    WILSON SMITH COCHRAN DICKERSON

16

17

18  s/ Scott M. Donaldson                        s/ Dylan E. Jackson #29220
    Scott M. Donaldson, WSBA #12623             Alfred E. Donohue, WSBA #32774
19  15500 Bothell Way N.E.                       901 Fifth Avenue, Suite 1700
    Lake Forest Park, WA  98155-6748            Seattle, WA  98164
20  Telephone:  425-806-2000                     Telephone:   206-623-4100
    Facsimile:  425-806-2020                     Facsimile:  206-623-9273
21  E-mail:  scottd@injuryclaim.com              E-mail:  Donohue@wscd.com

22  Attorney for Plaintiff                       Attorney for Defendant

23

24

25  STIPULATION FOR AND PROPOSED                         **SCOTT M. DONALDSON, P.S.**
    ORDER RE: EXPERT DISCLOSURES                                  ATTORNEY
     — 2                                                   15500 BOTHELL WAY NE
                                                         Lake Forest Park WA 98155-6748
                                                              FAX 425-806-2020
                                                            PHONE 425-806-2000

## II.    ORDER

THIS MATTER coming on to be heard before the undersigned judge of the above-entitled Court based upon the foregoing stipulation of the parties, and the Court being fully advised in the premises,

**IT IS SO ORDERED**  that the parties shall comply with the following deadlines for the FRCP 26(a)(2) expert disclosures:

All parties to provide Expert Witness Disclosures/Reports by June 7, 2013.  The deadline for disclosure of rebuttal experts is June 21, 2013.

DATED this 23rd day of April, 2013.

_MW S Lasnik_
Robert S. Lasnik
United States District Judge

**Presented by:**

SCOTT M. DONALDSON, P.S.                                WILSON SMITH COCHRAN DICKERSON


_s/ Scott M. Donaldson_                                           _s/ Dylan E. Jackson #29220_
Scott M. Donaldson, WSBA #12623                   Alfred E. Donohue, WSBA #32774
15500 Bothell Way N.E.                                     901 Fifth Avenue, Suite 1700
Lake Forest Park, WA  98155-6748                      Seattle, WA  98164
Telephone:  425-806-2000                                 Telephone:   206-623-4100
Facsimile:  425-806-2020                                   Facsimile:  206-623-9273
E-mail:  scottd@injuryclaim.com                         E-mail:  Donohue@wscd.com

Attorney for Plaintiff                                          Attorney for Defendant

STIPULATION FOR AND PROPOSED
ORDER RE: EXPERT DISCLOSURES
  — 3

**SCOTT M. DONALDSON, P.S.**
ATTORNEY
15500 BOTHELL WAY NE
Lake Forest Park WA 98155-6748
FAX 425-806-2020
PHONE 425-806-2000