HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ESTRALITTA TOWNSLEY,<br><br>Plaintiff,<br><br>vs.<br><br>GEICO INDEMNITY COMPANY, an insurance company,<br><br>Defendant. | No. 12-cv-01909-RSL<br><br>ORDER GRANTING GEICO INDEMNITY COMPANY'S MOTION TO COMPEL PLAINTIFF'S SOCIAL SECURITY ADMINISTRATION RECORDS |

THIS MATTER having come on for consideration on GEICO Indemnity Company's Motion to Compel Plaintiff's Social Security Administration Records, and the Court having considered:

1. GEICO Indemnity Company's Motion to Compel Plaintiff's Social Security Administration Records;

2. Declaration of Alfred E. Donohue in Support of GEICO's Motion, with exhibits; and

3. Reply in Support of Defendant's Motion;

as well as the files and pleadings herein, now, therefore,

ORDER GRANTING GEICO INDEMNITY
COMPANY'S MOTION TO COMPEL
PLAINTIFF'S SOCIAL SECURITY
ADMINISTRATION RECORDS (Cause No. 12-
cv-01909-RSL) – 1

WILSON SMITH COCHRAN DICKERSON
A PROFESSIONAL SERVICE CORPORATION
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164-2050
TELEPHONE: (206) 623-4100   FAX: (206) 623-9273

IT IS HEREBY ORDERED that GEICO Indemnity Company's Motion to Compel Plaintiff's Social Security Administration Records is GRANTED.

- Plaintiff shall provide GEICO with a signed authorization for the release of her Social Security Administration Records no later than five (5) calendar days from the date of this order.

DATED this 5th day of July, 2013.

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER GRANTING GEICO INDEMNITY COMPANY'S MOTION TO COMPEL PLAINTIFF'S SOCIAL SECURITY ADMINISTRATION RECORDS (Cause No. 12-cv-01909-RSL) – 2

WILSON SMITH COCHRAN DICKERSON
A PROFESSIONAL SERVICE CORPORATION
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164-2050
TELEPHONE: (206) 623-4100   FAX: (206) 623-9273