HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ESTRALITTA TOWNSLEY,<br><br>                        Plaintiff,<br><br>   v.<br><br>GEICO INDEMNITY COMPANY, an insurance company,<br><br>                        Defendant. | No. 12-cv-01909-RSL<br><br>**STIPULATION AND ORDER OF DISMISSAL**<br><br>**Noting Date: November 20, 2013**<br><br>**(Clerk's Action Required)** |

## I.    STIPULATION

Plaintiff Estralitta Townsley and Defendant GEICO Indemnity Company have successfully settled all claims in the Present Action. As a result, the Parties hereby stipulate and request that the Court enter an Order dismissing all claims in the Present Action with prejudice and without any award for fees or costs.

## II.    [PROPOSED] ORDER

On stipulation by the Parties in the Present Action, the court hereby ORDERS that all

STIPULATION AND ORDER OF DISMISSAL
Case No. No. 12-cv-01909-RSL — 1

**SCOTT M. DONALDSON, P.S.**
ATTORNEY
15500 BOTHELL WAY NE
Lake Forest Park WA 98155-6748
FAX 425-806-2020
PHONE 425-806-2000

claims asserted in the Present Action are dismissed with prejudice and that no party shall be awarded fees or costs.

SIGNED and ORDERED in open court on this 2nd day of December, 2013.

*[signature]*
Robert S. Lasnik
United States District Judge

Presented by:

SCOTT M. DONALDSON, P.S.

*/s/ Daniel McLafferty*
Daniel McLafferty, WSBA # 45243
15500 Bothell Way NE
Lake Forest Park, WA 98155
425-806-2000
dan@injuryclaim.com
*Attorney for Plaintiff Estralitta Townsley*

WILSON SMITH COCHRAN DICKERSON

*/s/ Daniel McLafferty (permission given to E-sign on Mr. Jackson's behalf)*
Dylan Jackson, WSBA # 29220
901 Fifth Avenue, Suite 1700
Seattle, WA 98164
(206) 623-4100
jackson@wscd.com
*Attorney for Defendant GEICO Indemnity Company*

STIPULATION AND ORDER OF DISMISSAL
Case No. No. 12-cv-01909-RSL — 2

**SCOTT M. DONALDSON, P.S.**
ATTORNEY
15500 BOTHELL WAY NE
Lake Forest Park WA 98155-6748
FAX 425-806-2020
PHONE 425-806-2000